UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD JOHNSON, *on behalf of himself and all others similarly situated*,

Plaintiffs,

-against-

SOAPOLOGY NYC LLC,

Defendant.

26-CV-2713 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On May 1, 2026, I ordered Plaintiff to serve a copy of my order at ECF 9 on Defendant and file proof of service on the docket by May 4, 2026. (*See* ECF 9.) Plaintiff has not complied.

Accordingly, I am nunc pro tunc extending the deadline for Plaintiff to file proof of service until **May 8, 2026**.

Dated: May 6, 2026
New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge